NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-5073


RICHARD P. COOK, SHIRLEY A. COOK, DEBORAH CANTRUP,
KELLY ARMSTRONG and COPAR PUMICE COMPANY,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.


Joseph E. Manges, Comeau, Maldegen, Templeman & Indall, LLP, of Santa Fe, New Mexico, argued for plaintiffs-appellants.

Matthew H. Solomson, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee.  With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Mark A. Melnick, Assistant Director.

Appealed from:  United States Court of Federal Claims

Senior Judge Eric G. Bruggink

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-5073

RICHARD P. COOK, SHIRLEY A. COOK, DEBORAH CANTRUP,
KELLY ARMSTRONG and COPAR PUMICE COMPANY,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

# Judgment

ON APPEAL from the        United States Court of Federal Claims

in CASE NO(S).        08-CV-337

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MAYER, CLEVENGER, and MOORE, Circuit Judges )

AFFIRMED.  See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED March 8, 2010        /s/Jan Horbaly
Jan Horbaly, Clerk